IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARVELLO L. TUFONO,

    Plaintiff,

v.

V. ORTEGA, et al.,

    Defendants.

No. C 10-1685 RMW (PR)

ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO AMEND HIS COMPLIANT

(Docket No. 10)

Plaintiff, a prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On August 2, 2010, the court dismissed plaintiff's complaint with leave to amend and directed plaintiff to file his amended complaint within thirty days. Before the court is plaintiff's request for extension of time to file his amended complaint. Plaintiff is hereby GRANTED an extension of time in which to file his amended complaint. Plaintiff shall file his amended complaint on or before **November 22, 2010.**

This order terminates docket no. 10.

IT IS SO ORDERED.

Dated: 10/4/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order Granting Plaintiff's Request For An Extension of Time to Amend His Compliant
P:\PRO-SE\SJ.Rmw\CR.10\Tufono685eot-ac.wpd