IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ARVELLO L. TUFONO, | ) No. C 10-1685 RMW (PR) |
|---|---|
| Plaintiff, | ) ORDER OF DISMISSAL |
| v. | ) |
| V. ORTEGA, et al., | ) |
| Defendants. | ) |

Plaintiff, a California state prisoner, filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. Upon initial screening of the complaint, on August 2, 2010, the court identified several deficiencies in the original complaint and dismissed the complaint with leave to amend. In the order, the court ordered plaintiff to file an amended complaint curing the noted deficiencies within thirty days of the filing date of the order. The court warned that if he failed to file a response within the court's deadline, it would result in the dismissal of this action without prejudice. Thereafter, on October 5, 2010, the court granted plaintiff an extension of time to file his amended complaint no later than November 22, 2010. To date, no amended complaint has been received. Accordingly, the instant action is DISMISSED without prejudice. The Clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

DATED: 1/25/11

RONALD M. WHYTE
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.Rmw\CR.10\Tufono685dis.wpd